UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 98-08169-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY BENDER,

    Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE SENTENCE

**THIS CAUSE** is before the court upon the defendant's motion to reduce sentence [DE # 191].

Upon consideration of the motion, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendant's motion to reduce sentence [DE # 191] is **DENIED**.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this _29_ day of May, 2008.

Daniel T. K. Hurley
U.S. District Judge

Copies to counsel of record and all pro se parties